AO 91 (Rev. 02/09) Criminal Complaint

# United States District Court

for the
Western District of New York

United States of America

v.

JONATHAN KEMP

*Defendant*

Case No. 20-mj-112

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of November 5, 2018, in the Western District of New York, the defendant, JONATHAN KEMP, did knowingly and willfully transmit in interstate commerce a communication containing a threat to injure the person of another, in violation of Title 18, United States Code, Section 875(c).

This Criminal Complaint is based on these facts:

☒ Continued on the attached sheet.

*Complainant's signature*

CHRISTOPHER J. BUSCAGLIA
Special Agent
Federal Bureau of Investigation

*Printed name and title*

Sworn to and signed telephonically.

Date: May 28, 2020

*Judge's signature*

City and State: Buffalo, New York

HONORABLE H. KENNETH SCHROEDER, JR.
UNITED STATES MAGISTRATE JUDGE

*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

STATE OF NEW YORK )
COUNTY OF ERIE ) SS:
CITY OF BUFFALO )

I, **CHRISTOPHER J. BUSCAGLIA**, being duly sworn, deposes and states:

1. I am a Special Agent ("SA") of the Federal Bureau of Investigation ("FBI") and have been so employed since August of 2010. As such, I am an "investigative or law enforcement officer of the United States" within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States empowered by law to conduct investigations of and to make arrests for offenses enumerated in Title 18, United States Code, Section 2516.

2. I am currently assigned to Buffalo's Joint Terrorism Task Force. This affidavit is based upon my knowledge of the investigation and upon information that I received from other law enforcement officers, witnesses, and cooperating sources.

3. This affidavit is submitted in support of a Criminal Complaint charging **JONATHAN KEMP** with a violation of Title 18, United States Code, Section 875(c) (interstate communication threatening to injure a person) for sending text messages threatening to injure and kill a victim known to your affiant.

4. On November 12, 2018, New York State Police Trooper Christopher Green interviewed Victim 1 (hereinafter referred to as "V-1"). On November 15, 2018, New York State Police Investigation James Len interviewed V-1. V-1 stated he/she has known **KEMP** for a year and a half. V-1 stated **KEMP** has previously physically assaulted V-1 on many different occasions. In addition, on one occasion, **KEMP** choked and threatened V-1 with a pocket knife if V-1 didn't shut up. **KEMP** asked V-1 "if I wanted him to kill me".

5. At the time of the interviews, V-1 and **KEMP** had recently ended their relationship. V-1 stated **KEMP** began threatening V-1 via text message on the morning of November 5, 2018. V-1 stated **KEMP** communicated numerous threats from telephone number XXX-XXX-8867.[1] These threats included statements such as:

- "FUCK YOU";
- "IDGAF[2] THROW IT PUT [SIC]";
- "OR DEADASS IMMA FUCK END YPU [SIC]";
- "I WILL ACTUALLY KILL YOU";
- "AND IM SLAPPING THE FK OUTTA YOU WHEN K SEE YOU AGAIN"; and,
- "enjoy thr (sic) guys. Imma fuck you uo(sic) whrn(sic) I see you next whore".

On November 19, 2018, V-1 provided screenshots of the threatening text messages V-1 to law enforcement.

---

[1] The affiant is aware of the full phone number, but has redacted it for the filing of this criminal complaint affidavit.
[2] IDGAF: your affiant believes this is abbreviation that means "I don't give a fuck."

6. Prior to receiving the threatening text messages from **KEMP**, V-1 communicated regularly with **KEMP** telephonically via XXX-XXX-8867. V-1 knows XXX-XXX-8867 to be one of **KEMP's** phone numbers. Many of the text messages V-1 received from XXX-XXX-8867 contained details that pertained to the personal relationship between **KEMP** and V-1. The content and context of those text messages make it highly unlikely that anyone other than **KEMP** could have created and sent the messages.

7. Additionally, the New York State Police spoke with **KEMP** on the phone by utilizing XXX-XXX-8867. Finally, on November 19, 2018, **KEMP** identified phone number XXX-XXX-8867 as being his phone.

8. Based on the foregoing, there is probable cause to believe that **KEMP** utilized telephone number XXX-XXX-8867 to send the text messages threatening bodily harm to V-1.

9. Further, on November 16, 2018, law enforcement contacted Verizon and spoke with a Verizon Security Assistance Team representative. The representative stated that telephone number XXX-XXX-8867 was a Tracphone telephone number, but used Verizon's network to make phone calls and send/receive text messages.

10. The representative stated that any text message sent from XXX-XXX-8867 during the timeframe of May 1, 2018, to November 16, 2018, traveled first to the Verizon text switch in the State of Michigan before the message was delivered to the recipient.

11. In this particular instance, during the days in which V-1 received the threatening text messages, **KEMP** and V-1 were both in New York State; the texts from **KEMP** traveled first outside of New York State from **KEMP's** cell phone to the State of Michigan (to the Verizon text switch) and then returned to New York State to V-1's cell phone. As a result, the threatening text messages described in paragraph 5 (see above) constitute interstate communications.

12. I further request that this affidavit and criminal complaint remained sealed until **KEMP** is arrested or the Court orders it to be unsealed, whichever occurs first.

**WHEREFORE**, based upon the foregoing, your affiant respectfully submits that probable cause exists to believe that **JONATHAN KEMP** sent text messages threatening physical harm to V-1 in violation of Title 18, United States Code, Section 875(c).

CHRISTOPHER J. BUSCAGLIA
Special Agent
Federal Bureau of Investigation

Sworn to and subscribed to telephonically
this 28th day of May, 2020.

HONORABLE H. KENNETH SCHROEDER, JR.
United States Magistrate Judge