IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

JONATHAN KEMP,

Defendant.

---

**SUPERERSEDING INFORMATION**
(Misdemeanor)
20-CR-96-A

UNITED STATES DISTRICT COURT
FILED
JUL 23 2021
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

**SUPERSEDING INFORMATION**
(Title 18, United States Code, Section 922(m))

**COUNT 1**

**The United States Attorney Charges That:**

On or about May 27, 2020, in the Western District of New York, the defendant, **JONATHAN KEMP**, did knowingly and intentionally cause Walmart, Inc., a licensed dealer of firearms within the meaning of Chapter 44 of Title 18, United States Code, to make a false entry, and to fail to make an appropriate entry, in an ATF Form 4473, a record Walmart, Inc., was required to keep under Title 18, United States Code, Section 923 and the regulations promulgated thereunder.

**All in violation of Title 18, United States Code, Sections 922(m), 924(a)(3)(B), and 2.**

DATED: Buffalo, New York, July 23, 2021.

JAMES P. KENNEDY, JR.
United States Attorney

BY: ______________________

BRENDAN T. CULLINANE
Assistant United States Attorney
United States Attorney's Office
Western District of New York
138 Delaware Avenue
Buffalo, New York 14202
716/843-5875
Brendan.Cullinane@usdoj.gov